IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY WILLUHN,
                    Appellant,
            vs.
LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,
                    Respondent.

No. 85201

FILED

SEP 2 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting respondent's motion to dismiss. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Review of the documents before this court reveals a jurisdictional defect. It appears that appellant's claims against Jason Roderick remain pending below. Because these claims against Roderick remain pending below, the order challenged on appeal is not appealable as a final judgment under NRAP 3A(b)(1) and has not been certified as final under NRCP 54(b). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). No other statute or court rule allows for an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345. 301 P.3d 850, 851 (2013) (this court

22-29797

"may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Eric Johnson, District Judge
       Jeffrey Willuhn
       Marquis Aurbach Coffing
       Eighth District Court Clerk